# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMY R. GURVEY,

        Plaintiff,

    v.

John A. Squires, *Secretary of Commerce for Intellectual Property & Director of the United States Patent & Trademark Office, et al.*,

        Defendants.

Case No. 1:23-cv-3549 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss, ECF 25, is **GRANTED**, the motions and requests for leave to file, ECF 28, ECF 36, ECF 40, and ECF 41, are **DENIED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                             _____
                             JIA M. COBB
                             United States District Judge

Date: March 6, 2026